**R E V I S E D   11/19/10**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 18, 2010

Lyle W. Cayce
Clerk

No. 09-40892

OSCAR GABRIEL JIMENEZ; CHANDRA RAE JIMENEZ,

Plaintiffs ! Appellees

vs.

WOOD COUNTY, TEXAS; SHERIFF DWAINE DAUGHERTY

Defendants ! Appellants

- - - - -
Appeal from the United States District Court for the
Eastern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion September 22, 2010, 5 Cir., 2010, _____F.3d____)

BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK and HAYNES, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.